1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL
ADVOCATES,

Plaintiff,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C17-1664RSL

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT

15

16

17

18

19

20

21

22

23

24

    This matter comes before the Court on Northwest Environmental Advocates' "Motion for

Summary Judgment." Dkt. # 15. Plaintiff filed this action to force the United States

Environmental Protection Agency ("EPA") to approve or disapprove the Total Maximum Daily

Loads ("TMDLs") proposed by the Washington State Department of Ecology for 73 segments of

the Deschutes River Basin. The parties agree (a) that the EPA had a statutory duty to review the

TMDL submission and issue its decision within 30 days of December 17, 2015, and (b) that it

failed to do so. The EPA now anticipates completing its review by June 29, 2018, and plaintiff

seeks a Court order incorporating that deadline.

    Having reviewed the memoranda, declarations, and exhibits submitted by the parties,[1]

25

26

    [1] This matter can be decided on the papers submitted. Plaintiff's request for oral argument is
DENIED.

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT

1  plaintiff's motion for summary judgment is GRANTED. The EPA shall, no later than June 29,

2  2018, complete its action pursuant to the Clean Water Act, 33 U.S.C. § 1313(d), on the 73

3  waterbody-pollutant combinations that constitute the State of Washington's December 2015

4  "Deschutes River, Percival Creek, and Budd Inlet Tributaries Temperature, Fecal Coliform

5  Bacteria, Dissolved Oxygen, pH, and Fine Sediment Total Maximum Daily Load."

7  DATED this 25th day of June, 2018.

Robert S. Lasnik
United States District Judge