Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**NORTHWEST ENVIRONMENTAL ADVOCATES**, an Oregon non-profit corporation,

    Plaintiff,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**,

    Defendant.

NO. 2:17-cv-01664-RSL

**ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR FEES AND COSTS AND RESPONSE THERETO**

This matter came before the Court on the Parties' Stipulated Motion for Extension of Time to Submit Motion for Fees and Costs and Response Thereto (June 29, 2018). The Court has been fully apprised in the premises. It is hereby ORDERED:

The motion is granted. The deadlines for Northwest Environmental Advocates to submit its motions for attorney's fees and costs are extended to August 7, 2018. The United States' response to such motions is due September 4, 2018.

/ / /

/ / /

**ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME**- 1

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

Dated this 9th day of July, 2018.

*signature*
Robert S. Lasnik
United States District Judge

Presented by,

BRICKLIN & NEWMAN, LLP

By: s/ Bryan Telegin
Bryan Telegin, WSBA No. 46686
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Telephone: (206) 264-8600
Fax: (206) 264-9300
E-mail: telegin@bnd-law.com

EARTHRISE LAW CENTER

By: s/ Lia Comerford
Lia Comerford, *pro hac vice*
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6894
Fax: (503) 768-6642
E-mail:comerfordl@lclark.edu

*Counsel for Plaintiff Northwest Environmental Advocates*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

**ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME**- 2

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

| | |
|---|---|
| 1 | By: /s/ *Sonya J. Shea* |
| 2 | SONYA J. SHEA<br>U.S. Department of Justice |
| 3 | Environment & Natural Resources Division<br>Environmental Defense Section |
| 4 | P.O. Box 7611<br>Washington, D.C. 20044 |
| 5 | (202) 514-2741 (tel)<br>(202) 514-8865 (fax) |
| 6 | Email: sonya.shea@usdoj.gov |
| 7 | ANNETTE L. HAYES<br>United States Attorney |
| 8 | |
| 9 | BRIAN C. KIPNIS<br>Assistant United States Attorney |
| 10 | Senior Litigation Counsel<br>Office of the United States Attorney for the |
| 11 | Western District of Washington<br>5220 United States Courthouse |
| 12 | 700 Stewart Street<br>Seattle, WA 98101-1271 |
| 13 | Office: (206) 553-7970<br>Email: brian.kipnis@usdoj.gov |
| 14 | |
| 15 | *Counsel for Defendant U.S. Environmental Protection Agency* |

**ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME**- 3

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300