Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | NO. 2:17-cv-01664-RSL<br><br>~~[PROPOSED]~~<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION FOR FEES AND COSTS AND RESPONSE THERETO |

This matter came before the Court on the Parties' Stipulated Motion for Extension of Time to Submit Motion for Fees and Costs and Response Thereto (July 31, 2018). The Court has been fully apprised in the premises. It is hereby ORDERED:

The motion is granted. The deadlines for Northwest Environmental Advocates to submit its motions for attorney's fees and costs are extended to September 6, 2018. The United States' response to such motions is due twenty-eight days after such motions are filed.

///

///

ORDER ON STIPULATED MOTION FOR
EXTENSION OF TIME- 1

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

1 | Dated this 2nd day of Aug, 2018.
2 |
3 |
4 | _____
  | Hon. Robert S. Lasnik
5 | United States District Judge
6 |
7 | Presented by,
8 | BRICKLIN & NEWMAN, LLP
9 |
10 | By:   s/ Bryan Telegin
   |       Bryan Telegin, WSBA No. 46686
11 |       1424 Fourth Avenue, Suite 500
   |       Seattle, WA 98101
12 |       Telephone: (206) 264-8600
   |       Fax: (206) 264-9300
13 |       E-mail: telegin@bnd-law.com
14 |
15 | EARTHRISE LAW CENTER
16 |
17 | By:   s/ Lia Comerford
   |       Lia Comerford, *pro hac vice*
18 |       Lewis & Clark Law School
   |       10015 S.W. Terwilliger Blvd.
19 |       Portland, OR 97219
   |       Telephone: (503) 768-6894
20 |       Fax: (503) 768-6642
   |       E-mail: comerfordl@lclark.edu
21 |
22 | *Counsel for Plaintiff Northwest Environmental Advocates*
23 | JEFFREY H. WOOD
   | Acting Assistant Attorney General
24 | Environment & Natural Resources Division
25 | By:   /s/ Sonya J. Shea
   |       SONYA J. SHEA
26 |       U.S. Department of Justice

ORDER ON STIPULATED MOTION FOR
EXTENSION OF TIME- 2

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

| | |
|---|---|
| 1 | Environment & Natural Resources Division |
| | Environmental Defense Section |
| 2 | P.O. Box 7611 |
| | Washington, D.C. 20044 |
| 3 | (202) 514-2741 (tel) |
| | (202) 514-8865 (fax) |
| 4 | Email: sonya.shea@usdoj.gov |
| 5 | |
| | ANNETTE L. HAYES |
| 6 | United States Attorney |
| 7 | |
| | BRIAN C. KIPNIS |
| 8 | Assistant United States Attorney |
| | Senior Litigation Counsel |
| 9 | Office of the United States Attorney for the |
| | Western District of Washington |
| 10 | 5220 United States Courthouse |
| | 700 Stewart Street |
| 11 | Seattle, WA 98101-1271 |
| | Office: (206) 553-7970 |
| 12 | Email: brian.kipnis@usdoj.gov |
| 13 | *Counsel for Defendant U.S. Environmental Protection Agency* |

**ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME- 3**

Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300